# ATTACHMENT 7



