# ATTACHMENT 14



# STARK❖KNOLL
## EXPECT EXCELLENCE

3475 Ridgewood Road ○ Akron, Ohio ○ 44333-3163

David P. Bertsch, Esq.
Direct Dial: (330) 572-0324
Direct Fax: (330) 572-0325
Email: dbertsch@stark-knoll.com

March 9, 2016

***Via email: SYatchak@buffalowildwings.com***
***And Regular Mail***
Sarah J. Yatchak, Senior Attorney and
Director, Franchise Relationships & Development
Buffalo Wild Wings, Inc.
5500 Wayzata Blvd., 16th Floor
Minneapolis, MN. 55416

    RE: Proposed Remodeling of BW-3 Akron Store

Dear Ms. Yatchak:

We have reviewed your March 8, 2016 letter enclosing a copy of BWW's Summary of the October 13, 2015 Stadia Remodel Scope Walk of the BW-3 Akron Store.

Please be advised that BW-3 Akron rejects your demand that it must retain an architect within 30 days to design, manage and implement your directive that it remodel its store to the Stadia design. BW-3 Akron has no plans to remodel its store at this time.

Sincerely,

David P. Bertsch
DPB:pes

cc: John C. Fairweather (jfairweather@brouse.com)
   Kerry Bundy (Kerry.bundy@faegrebd.com)
   Erin Verneris (erin.verneris@faegrebd.com)

#632914-v1